THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| S & W MARINA HOLDINGS, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NIPPON STEEL — KAWADA BRIDGE, INC., a California Corporation, McDONOUGH MARINE SERVICE, INC., a Louisiana Corporation, FOSS MARITIME COMPANY, INC., a Washington Corporation, individually and jointly, *in personam;* MARMAC 12, Official NO. D1024657, her engines, tackle, gear apparel, furniture, and equipment *in rem,* tug PACIFIC EXPLORER, her engines, tackle, gear apparel, furniture and equipment *in rem,*<br><br>Defendants. | At Law or In Admiralty<br><br>NO. C09-5203 RJB<br><br>STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>Noted for Motion Calendar: July 7, 2009 (CR 7(d)(1)) |

Pursuant to General Rule 2(g)(3) and (4)(A), *in personam* defendant McDonough Marine Service, Inc., through its counsel of record David R. West of Garvey Schubert Barer, hereby stipulate and respectfully request that the Court allow the withdrawal of Garvey Schubert Barer and substitution of Mark A. Krisher and James P. Moynihan of Bauer Moynihan & Johnson LLP as counsel of record for McDonough Marine Service, Inc.

A copy of this notice has been served upon McDonough Marine Service, Inc.

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL- 1
Case No. C09-5203 RJB

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON 98121-2320
(206) 443-3400

Dated this 7th day of July, 2009

    GARVEY SCHUBERT BARER

    /s/ David R. West (per e-mail authorization)

    _____

    David R. West WSBA No. 13680
    Garvey Schubert Barer
    1191 Second Avenue, Eighteenth Floor
    Seattle, Washington 98101-2939
    Telephone: (206) 464-3939
    Fax: (206) 464-0125
    E-mail: drwest@gsblaw.com

    BAUER MOYNIHAN & JOHNSON LLP

    /s/ Mark A. Krisher

    _____

    James P. Moynihan WSBA No. 9358
    Mark A. Krisher WSBA No. 39314
    Bauer Moynihan & Johnson LLP
    2101 Fourth Avenue, Suite 2400
    Seattle, WA 98121
    Telephone: (206) 443-3400
    Fax: (206) 448-9076
    E-mail: jpmoynihan@bmjlaw.com
    E-mail: makrisher@bmjlaw.com

## **ORDER**

IT IS ORDERED that the Court grants the withdrawal of Garvey Schubert Barer and substitution and appearance of Bauer Moynihan & Johnson as counsel of record for *in personam* defendant McDonough Marine Service, Inc.

DATED this 8th day of July, 2009

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL- 2
Case No. C09-5203 RJB

## C̲e̲r̲t̲i̲f̲i̲c̲a̲t̲e̲ ̲o̲f̲ ̲S̲e̲r̲v̲i̲c̲e̲

I certify that on July 8, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

<u>Attorney for Plaintiff S & W Marina Holdings, Inc.</u>
Svetlana P. Spivak
LeGros, Buchanan & Paul
701 Fifth Avenue, Suite 2500
Seattle, WA 98104
Tele: 206-623-4990
Fax: 206-467-4828
E-mail: spspivak@legros.com

<u>Attorney for Foss Maritime Company, Inc.</u>
David R. West
Garvey Schubert Barer
1191 2nd Ave, 18th Floor
Seattle, WA 98101-2939
Tele: 206-464-3939
Fax: 206-464-0125
E-mail: drwest@gsblaw.com


s/ Suya Edwards
E-mail: sedwards@bmjlaw.com

---

STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL- 3
Case No. C09-5203 RJB

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON 98121-2320
(206) 443-3400